IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES GRAY                                                                                      PLAINTIFF

VS.                           CASE NO. 5:08CV00110 WRW

W.C. BRASSELL DETENTION
CENTER, et al.                                                                               DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review of the findings and recommendations, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that defendants W.C. Brassell Detention Center, Hurst, Royal, Randell, McClure, and Scott are hereby DISMISSED as parties to this action.

IT IS SO ORDERED this 21st day of July, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE