IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES GRAY                                                                                           PLAINTIFF

v.                                            5:08CV00110HLJ

W.C. "DUB" BRASSELL
DETENTION CENTER, et al.                                                                DEFENDANTS

ORDER

The February 4, 2009 Court Trial in this matter is hereby CONTINUED.

IT IS SO ORDERED this 3rd day of February, 2009.

_____
United States Magistrate Judge