IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES GRAY**                                                                                        **PLAINTIFF**

**v.**                                        **5:08-CV-00110-WRW-HLJ**

**W.C. "DUB" BRASSELL**
**DETENTION CENTER,** *et al.*                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Henry L. Jones, Jr. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition are approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 28) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

IT IS SO ORDERED this 17th day of February, 2009.

/s/ Wm. R. Wilson, Jr_____
UNITED STATES DISTRICT JUDGE