# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JAMES GRAY**                                                                             **PLAINTIFF**

**v.**                          **5:08-CV-00110-WRW-HLJ**

**W.C. "DUB" BRASSELL**
**DETENTION CENTER,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered this date, Judgment is hereby entered dismissing this case with prejudice.

IT IS SO ORDERED this 17th day of February, 2009.

                                                      /s/ Wm. R. Wilson, Jr_____
                                                      UNITED STATES DISTRICT JUDGE